**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Dennis Dewayne PLEMONS**
**Defendant-Appellant.**

No. 15-6076

United States Court of Appeals,
Sixth Circuit.

Filed July 24, 2017

Luke A. McLaurin, Office of the U.S. Attorney, Knoxville, TN, for Plaintiff-Appellee

Laura E. Davis, Assistant Federal Public Defender, Federal Defender Services, Knoxville, TN, for Defendant-Appellant

\* The Honorable Judith E. Levy, United States District Judge for the Eastern District of

Before: BATCHELDER and KETHLEDGE, Circuit Judges; LEVY, District Judge.\*

KETHLEDGE, Circuit Judge.

In 2014, Dennis Plemons pleaded guilty to being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). At sentencing, the district court found that Plemons had three prior convictions for violent felonies under the Armed Career Criminal Act (ACCA), 18 U.S.C. § 924(e), which triggered a mandatory-minimum sentence of 15 years. One of those convictions was for Tennessee aggravated burglary, Tenn. Code Ann. § 39-14-403. At the time of Plemons's sentencing, that crime constituted a violent felony for purposes of the ACCA under our decision in *United States v. Nance*, 481 F.3d 882 (6th Cir. 2007). In *United States v. Stitt*, however, we overruled *Nance* and held that a conviction for Tennessee aggravated burglary is not a violent felony under the ACCA. 860 F.3d 854 (6th Cir. 2017) (en banc). Plemons's conviction for that offense therefore was not a violent felony under the ACCA. We vacate Plemons's sentence and remand for proceedings consistent with this opinion.

Michigan, sitting by designation.